+

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARTHUR AGUIRRE, ) | CASE NO. CV 11-8660-JFW (PJW) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ACCEPTING REPORT AND |
| v. ) | ADOPTING FINDINGS, CONCLUSIONS, |
| ) | AND RECOMMENDATIONS OF UNITED |
| LOS ANGELES COUNTY DISTRICT ) | STATES MAGISTRATE JUDGE |
| ATTORNEY'S OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. The Court has also considered *de novo* those parts of the Report and Recommendation to which Plaintiff has objected. The Court accepts the Magistrate Judge's Report and Recommendation and adopts it as its own findings and conclusions. In addition, the Court denies Plaintiff's motion for leave to amend the Complaint for the reasons set forth in the Report and Recommendation.

DATED: <u>November 16, 2012</u>.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE