+

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD ARTHUR AGUIRRE, | ) | CASE NO. CV 11-8660-JFW (PJW) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   November 16, 2012.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE